February 5, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

URELIFT GULF COAST, L.P., Appellant

NO. 14-13-00949-CV                          V.

TRAVIS BENNETT, Appellee

_____

This cause, an appeal from the order granting summary judgment in favor of appellee, Travis Bennett, signed August 17, 2012, and from the final judgment in favor of appellee, signed August 23, 2013, was heard on the transcript of the record. We order appellant's, Urelift Gulf Coast, L.P., appeal of the order granting summary judgment, signed August 17, 2012, **DISMISSED**. We have inspected the record and find no error in the final judgment signed August 23, 2013. We order the final judgment, signed August 23, 2013, **AFFIRMED**.

We order appellant, Urelift Gulf Coast, L.P., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.